IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                      CASE NO.  4:06-CR-077-SPM

ROBIN RENE REISNER,

       Defendant.

_____/

## ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

THIS CAUSE comes before the Court upon Defendant's motion to terminate her supervised release (doc. 15).  As grounds, Defendant states that she has successfully completed all the terms of her supervision, including participation in therapy sessions and attending Alcoholics Anonymous meetings.

If "warranted by the conduct of the defendant released and the interest of justice" and after an analysis of the factors considered in 18 United States Code Section 3553(a), this Court may order early termination of supervised release. 18 U.S.C. § 3583(e).  United States v. Paterno, 99-cr-037, 2002 U.S. Dist. LEXIS 9334, at *2 (D. N.J. 2002) (citing United States v. Hardesty, 2002 U.S. Dist. LEXIS 7013, No 95-20031, at *1 (D. Kan. 2002)); United States v. Medina, 17 F. Supp. 2d 245, 247 (S.D.N.Y. 1998); United States v. Darshelabl, 2006 U.S. Dist.

LEXIS 21631 (W.D. Tenn. 2006). However, "early termination is not warranted as a matter of course; on the contrary, it is only occasionally justified due to changed circumstances of a defendant, such as exceptionally good behavior." United States v. Sheckley, 1997 U.S. App. LEXIS 32024, *5 (2d Cir. 1997) (internal quotations omitted).

In this case, Defendant has served more than half of her term of supervised release. Although she has complied with all the terms of her release, Defendant has not cited facts that demonstrate exceptionally good behavior or other extraordinary circumstances sufficient to warrant early termination of her supervised release. "Full compliance, after all, is merely what is expected of all people serving terms of supervised release." Karacsonyi v. United States, 1998 U.S. App. LEXIS 15107 (2d Cir. 1998).

Accordingly, having considered all of the factors in 18 United States Code Section 3553(a), it is hereby

ORDERED AND ADJUDGED that the motion for early termination of supervised release (doc. 15) is *denied*.

**DONE AND ORDERED** this twentieth day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge